AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kenneth L. Myer, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3: 13-cv-75 |
| Bricklayers & Masons Local 22 Pension, et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: SUSTAINS IN PART and OVERRULES IN PART Plaintiffs' Motion for Attorney Fees and Expenses of Suit, Doc. #63, as supplemented by Docs. ## 67 and 70. Plaintiffs are entitled to recover $108,150.00 ( $107,720.00 in attorney fees, plus $430.00 in costs) from Defendants Bricklayers & Masons Local 22 Pension Plan and its Board of Trustees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for _____

Date: 12/10/2010

*CLERK OF COURT*

s/Elisa Deters
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western     DIVISION

| | |
|---|---|
| Kenneth L. Myer, et al., : | |
| *Plaintiff* : | |
| : | |
| vs : | Case Number: 3: 13-cv-75 |
| : | |
| Bricklayers & Masons Local 22 Pension, : | |
| *Defendant* : | |

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____12/10/2010_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK


By: ____s/Elisa Deters____
        Deputy Clerk